tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Frederic W. Procter, pro se.* *Solicitor General Fahy,* *Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 403. MAHER *v.* NEBRASKA. October 23, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Eugene D. O'Sullivan* and *Grenville P. North* for petitioner. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* Deputy Attorney General, and *Rush C. Clarke,* Assistant Attorney General, for respondent.

No. 404. WITTER ET AL. *v.* NIKOLAS ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Walter E. Wiles* for respondents.

Nos. 405 and 406. PEER ET AL. *v.* NIKOLAS ET AL. October 23, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Walter E. Wiles* for respondents.

No. 408. CLOVER SPLINT COAL Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur S. Dayton* and *William Wallace Booth* for petitioner. *Solicitor Gen-*

*eral Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. J. Louis Monarch, A. F. Prescott,* and *Carlton Fox* for respondent.

No. 411. MASON *v.* EL DORADO IRRIGATION DISTRICT. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *J. R. Mason, pro se. Mr. Chellis M. Carpenter* for respondent.

No. 412. MASON *v.* GLENN-COLUSA IRRIGATION DISTRICT. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioner. *Mr. A. L. Cowell* for respondent.

No. 413. DIXIE GREYHOUND LINES, INC. ET AL. *v.* ATKINSON ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Longstreet Heiskell, William H. Watkins,* and *P. H. Eager, Jr.* for petitioners.

No. 414. CONSOLIDATED REALTY CORP. ET AL. *v.* MEREDITH ET AL., CONSTITUTING THE BONDHOLDERS' PROTECTIVE COMMITTEE, ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. James B. Alley, James F. Dealy,* and *John D. Goodloe* for petitioners. *Messrs. Lloyd B. Kanter, Percival E. Jackson,* and *Archibald Palmer* for Bondholders' Protective Committee et al., and